IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FOSTER WHEELER NORTH AMERICA CORP., § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-09-0288 |
| § | |
| M/V PAC DUBHE, her engines, tackle, broilers, etc., § § § | |
| v. § § | |
| PACC CONTAINER LINE PTE LTD, PORTS AMERICA TEXAS, INC., and T.S. LINE PRIVATE LTD., § § § § | |
| Defendants. § | |

## ORDER

The parties filed a motion for continuance of the scheduling conference, (Docket Entry No. 9 ). The motion is granted. The initial pretrial and scheduling conference is reset to **August 14, 2009, at 4:00 p.m.** The joint discovery case management plan is due by August 4, 2009..

SIGNED on May 21, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge